IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
CIVIL ACTION

THERESA GAGNON,

    Plaintiff,

v.                                         CASE NO.

PETSMART, INC.,

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, THERESA GAGNON, by and through the undersigned attorneys, sues the Defendant, PETSMART, INC., and alleges:

1. This is an action for damages that exceed $30,000, exclusive of costs and interest.

2. Defendant, PETSMART, INC., is now, and at all times herein mentioned was, a corporation duly organized and existing under the laws of the State of Delaware and duly authorized and licensed to do business in the State of Florida.

3. At all times material to this cause of action, PETSMART, INC., owned, operated, managed and/or controlled property located at 1819 NE Pine Island Rd, Cape Coral, Florida, which was open for access to the general public as a pet store.

4. At all times material to this cause of action, Plaintiff, THERESA GAGNON, was upon the premises as a business invite for the purpose of shopping.

5. On or about August 16, 2019, Plaintiff, THERESA GAGNON, slipped on liquid on the floor of the above mentioned property, causing Plaintiff to fall and sustain severe personal injuries as hereinafter described.

6. At all times material to this cause of action Defendant, PETSMART, INC., as owner, operator, and/or manager of said premises, had a duty of reasonable care to maintain the premises in a reasonably safe condition for the safety of invitees on the premises.

7. Defendant, PETSMART, INC., its agents, servants and/or employees, acted negligently by failing to exercise reasonable care by, among other things:

   a. Creating the unreasonably dangerous condition;

   b. Failing to provide a safe place for their invitees;

   c. Carelessly and negligently permitting and allowing a condition to remain on the premises which involved unreasonable risk of harm to another person;

   d. Failing to inspect, discover and correct the aforementioned dangerous condition;

   e. Carelessly and negligently failing to take reasonable precautions to guard or protect Plaintiff against said dangerous or hazardous condition; and,

   f. Failing to properly warn Plaintiff of the dangerous condition or to provide proper protection against same.

8. Defendant, PETSMART, INC., knew, or in the exercise of reasonable care should have known, of the existence of the dangerous and hazardous condition as described above, and Defendant was negligent in not eliminating said dangerous condition.

9. As a result, Plaintiff, THERESA GAGNON, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, exacerbation of a previously existing condition, loss of earnings, loss of the ability to earn money and numerous medical expenses. The losses are permanent and continuing in nature and the Plaintiff will suffer such losses in the future.

WHEREFORE, Plaintiff, THERESA GAGNON, sues the Defendant, PETSMART, INC., for compensatory damages in an amount in excess of $30,000, exclusive of interest and costs, and demands a trial by jury of all issues triable as of right by a jury.

>GOLDSTEIN, BUCKLEY, CECHMAN,
>RICE & PURTZ, P.A.
>Attorneys for Plaintiff
>Post Office Box 2366
>Fort Myers, Florida 33902-2366
>(239) 334-1146
>
>By:/s/ *CHRISTOPHER J. SMITH*
>   CHRISTOPHER J. SMITH
>   Florida Bar No. 0046260

Copies to:
CJS@gbclaw.com
CJSservice@gbclaw.com